(No. 6468— )

VILLAGE OF WESTCHESTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CIVIL DEFENSE, Respondent.

*Opinion filed April 18, 1972.*

VILLAGE OF WESTCHESTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6470— )

J. H. SCHMITT, JR., VAUGHN BROWN, RAYMOND CARTER, W. ORLOFF SMITH, RALPH E. CAMPBELL, JESSE HUNLEY, JR., CHARLES L. DU LANEY, Claimants, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed April 18, 1972.*

VIRGIL D. SHAFER, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.